1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN FLOWERS,

    *Petitioner*,                                      3:10-cv-00367-ECR-VPC

vs.                                                                    ORDER

WARDEN, *et al.*,

    *Respondents*.

        Petitioner's motion (#16) for an enlargement of time is GRANTED, and the time for petitioner to file a response to the show cause order is extended up to and including February 11, 2011.

                DATED:   December 6, 2010

                                       _Edward C. Reed._
                                     EDWARD C. REED
                                     United States District Judge