# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FLOWERS,<br><br>  *Petitioner*,<br><br>vs.<br><br>WARDEN, *et al.*,<br><br>  *Respondents*. | 3:10-cv-00367-ECR-VPC<br><br>ORDER |

Petitioner's motions (## 18 & 19) for an enlargement of time are GRANTED *nunc pro tunc*, in connection with petitioner's filing of a response (#20) to the show cause order on the federal time-bar issue.

DATED this 14th day of March 2011.

_____
EDWARD C. REED
United States District Judge