# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN FLOWERS,

    Petitioner,

vs.

WARDEN, *et al.*,

    Respondents.

Case No. 3:10-cv-00367-RCJ-VPC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. After an evidentiary hearing, on May 16, 2012, the court dismissed this petition with prejudice as untimely (#50), and judgment was entered (#51).[1] Petitioner, through counsel, filed a notice of appeal (#52), and his appeal is pending before the Ninth Circuit Court of Appeals. Now before the court is petitioner's *pro se* motion, dated September 23, 2014, that he styled as an emergency motion to have the District Court review exculpatory evidence (#61). Respondents opposed (#63), and petitioner replied, again in *pro se* (#s 66 and 67).[2]

    The Local Rules provide that 1) a party who has appeared through counsel cannot while so represented appear or act in the case, and 2) counsel who has appeared for a party shall be recognized by the court and all the parties as having control of the client's case. L.R. IA 106-(a). On July 26, 2010,

---

[1] Refers to the court's docket number.

[2] Docket #67 is a duplicate of #66.

the Federal Public Defender filed a notice of representation (#14). Neither petitioner nor his counsel has filed a motion to terminate representation or to withdraw as counsel. Accordingly, petitioner's *pro se* emergency motion is a fugitive document and shall be stricken. Petitioner is advised that he shall communicate with the court through his counsel. Finally, the court observes that many of the allegations that petitioner urges the court to consider--"by way of ultrasound"–such as that correctional officers used the Patriot Act against him by drugging him with "ruffies" in order that he would inform on others concerning organized crime and that he has been subjected to Long Range Acoustic Devices that mimic auditory hallucinations, are delusional and factually frivolous (#61, pp. 1, 5, 15).

**IT IS THEREFORE ORDERED** that petitioner's *pro se* emergency motion to have District Court review exculpatory evidence (#61) is **STRICKEN**.

Dated this 21st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE