# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FLOWERS,  <br>    Petitioner  <br>v.  <br>WARDEN, N.N.C.C., *et al.*,  <br>    Respondents | Case No. 3:10-cv-00367-RCJ-CLB  <br>**Order** |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by John Flowers. After an evidentiary hearing, on May 16, 2012, the court dismissed his petition with prejudice as untimely, and judgment was entered. (ECF Nos. 50, 51.) The Ninth Circuit Court of Appeals affirmed the dismissal, and the United States Supreme Court denied his petition for a writ of certiorari (ECF Nos. 52, 70, 75, 76.) Now before the court is petitioner's *pro se* motion that he styled as a motion to provide petitioner with address to court appointed attorney. (ECF No. 79.) The Local Rules provide that a party who has appeared through counsel cannot while so represented appear or act in the case. L.R. IA 11-6(a). On July 26, 2010, the Federal Public Defender ("FPD") filed a notice of representation. (ECF No. 14.) Neither petitioner nor his counsel has filed a motion to terminate representation or to withdraw as counsel.

Accordingly, petitioner's *pro se* motion is a fugitive document. However, the FPD's contact information is a matter of public record:

>Federal Public Defender
>District of Nevada
>200 S. Virginia St., Suite 340
>Reno, NV 89501
>
>Or
>
>411 E. Bonneville Ave.
>Las Vegas, NV 89101.

Flowers is cautioned once again that he must communicate with the court through his counsel.

IT IS THEREFORE ORDERED that petitioner's motion to provide petitioner with address **(ECF No. 79) is GRANTED** as set forth in this order.

DATED this 21st day of June, 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE